```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 08042
  JEFFREY H BATES
  JULIE E BATES                                 CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
        Debtor
   SSN XXX-XX-1012    SSN XXX-XX-0491
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/07/06 and confirmed on 11/30/06.

   2.  The case was converted to Chapter 7 after confirmation, 06/14/2008.

   3.  The Debtor paid a total of $  7266.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CHASE HOME EQUITY | SECURED | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| LAUHOFF EMPLOYEES CREDIT | SECURED | 7433.57 | 648.94 | 4154.45 |
| INTERNAL REVENUE SERVICE | PRIORITY | 5458.81 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 47243.91 | .00 | .00 |
| B REAL LLC | UNSECURED | 18312.63 | .00 | .00 |
| B REAL LLC | UNSECURED | 15716.84 | .00 | .00 |
| B REAL LLC | UNSECURED | 11612.69 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2476.76 | .00 | .00 |
| F T & B | UNSECURED | 9169.48 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 756.77 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 414.59 | .00 | .00 |
| SMC | UNSECURED | 324.77 | .00 | .00 |
| KOHLS | UNSECURED | 535.52 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13921.50 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 873.84 | .00 | .00 |
| VANTAGE CREDIT UNION | UNSECURED | 12061.12 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 2421.23 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | 2437.63 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | REIMBURSEMENT | 51.25 | .00 | 51.25 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| INTERNAL REVENUE SERVICE | UNSECURED | 123.93 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 244.90 | .00 | .00 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 9871.20 | 7931.29 | 133789.25 | .00 | 151591.74 |

```
PRINCIPAL PAID            4154.45          51.25            .00            .00       4205.70
INTEREST PAID              648.94            .00            .00            .00        648.94
TOTAL PAID                4803.39          51.25            .00            .00       4854.64
```
The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   2500.00 and was paid $    2099.05 .

The Trustee received $     312.31 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 09/18/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE